IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :     CASE NO: |
| MARCUS DWAYNE GRADY, | :     7:24-cr-24-WLS-TQL-1 |
| | : |
| Defendant. | : |
| _____ | : |

**ORDER**

      The Court intends to notice this case for trial during the November 2024 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Monday, September 23, 2024**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case will not ready for trial during the November 2024 Valdosta trial term, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

      **SO ORDERED**, this 11th day of September 2024.

                                                  /s/ W. Louis Sands
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**