**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **CASE NO:** |
| **MARCUS DWAYNE GRADY,** | **:** | **7:24-cr-24-WLS-TQL-1** |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | |

## ORDER

     The Court intends to notice this case for trial during the February 2025 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Tuesday, November 12, 2024**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case will not be ready for trial during the February 2025 Valdosta trial term, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

     **SO ORDERED**, this 5th day of November 2024.


/s/ W. Louis Sands_____
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**